THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Terry Lynn Greene,       
Appellant.
 
 
 

Appeal From Richland County
Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2004-UP-515
Submitted October 1, 2004  Filed October 
 14, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, J. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Terry Lynn Greene appeals the 
 revocation of his probation.  Greenes appellate counsel has petitioned to be 
 relieved as counsel, stating she has reviewed the record and has concluded Greenes 
 appeal is without merit.  The sole issue briefed by counsel concerns whether 
 the circuit court erred in finding Greene willfully violated the terms of his 
 probation.  Greene did not file a separate pro se reply brief.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss this appeal and 
 grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
           
 [1]  We decide this case without oral argument pursuant to Rules 
 215 and 220(b)(2), SCACR.